**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-00353 VAP(OPx)                 Date:  February 10, 2011

Title:     ROGER WILLIAM LINTON, AN INDIVIDUAL -v- INDYMAC, F.S.B.,
           ONEWEST BANK, NDEX WEST, LLC, AS TRUSTEE ON THE FIRST
           DEED OF TRUST, AND DOES 1-10
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                              None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

        None                                     None

PROCEEDINGS:          MINUTE ORDER ORDERING PLAINTIFF TO SHOW
                      CAUSE WHY HIS ACTION SHOULD NOT BE DISMISSED
                      FOR FAILURE TO PROSECUTE (IN CHAMBERS)

        On March 8, 2010, Plaintiff Roger William Linton ("Plaintiff") filed a complaint
against Defendants IndyMac F.S.B., OneWest Bank, NDex West, LLC (as Trustee
on the First Deed of Trust), and Does 1 through 10 (collectively, "Defendants").
(Doc. No. 1.)

        On May 18, 2010, at Plaintiff's request, the Court dismissed without prejudice
all of the claims against Defendants CalMax Properties, LP and Dawg Pound
Properties.  (Doc. No. 12.)

MINUTES FORM 11                             Initials of Deputy Clerk ____md_____
CIVIL -- GEN                        Page 1

**EDCV 10-00353 VAP(OPx)**
**ROGER WILLIAM LINTON v. INDYMAC, F.S.B. et al.**
**MINUTE ORDER of February 10, 2011**

On May 20, 2010, Plaintiff filed Waivers of Service from Defendants Todd Schimmelpfennig (as Doe 2) and Galileo Financial (as Doe 1).  (Doc. Nos. 13-14.) Neither of these Defendants has filed an answer in this action.

Plaintiff has not filed any proof of service for the other Defendants.  Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed.  Thus, all Defendants should have been served by July 5, 2010.

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute.  Plaintiff may respond to this order by filing (1) an application to the clerk to enter default against Defendants Todd Schimmelpfennig and Galileo Financial; and (2) procedurally-proper proofs of service on all unserved Defendants no later than February 20, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

**IT IS SO ORDERED.**