**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WILLIAM LINTON, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>INDYMAC, F.S.B., ONEWEST BANK, NDEX WEST, LLC, AS TRUSTEE ON THE FIRST DEED OF TRUST, AND DOES 1-10,<br><br>        Defendants. | Case No. EDCV 10-00353 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 25, 2011

                                                VIRGINIA A. PHILLIPS
                                            United States District Judge